# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-193-FDW-DCK

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPTUMHEALTH CARE SOLUTIONS, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Mark W. Merritt, concerning Mark H. Gallant on April 27, 2016. Mr. Mark H. Gallant seeks to appear as counsel *pro hac vice* for Plaintiffs The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System; Carolinas Physicians Network, Inc.; and Managed Health Resources, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Mark H. Gallant is hereby admitted *pro hac vice* to represent Plaintiffs The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System; Carolinas Physicians Network, Inc.; and Managed Health Resources, Inc.

**SO ORDERED**.

Signed: May 3, 2016

David C. Keesler
United States Magistrate Judge