# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-193-FDW-DCK

| | |
|---|---|
| **THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, et al.,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **ORDER** |
| **OPTUMHEALTH CARE SOLUTIONS, INC.,** ) ) ) ) | |
| **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Mark W. Merritt, concerning Gregory M. Fliszar on April 27, 2016. Mr. Mark H. Gallant seeks to appear as counsel *pro hac vice* for Plaintiffs The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System; Carolinas Physicians Network, Inc.; and Managed Health Resources, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. Gregory M. Fliszar is hereby admitted *pro hac vice* to represent Plaintiffs The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System; Carolinas Physicians Network, Inc.; and Managed Health Resources, Inc.

**SO ORDERED**.

Signed: May 3, 2016

David C. Keesler
United States Magistrate Judge