# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-193-FDW-DCK

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, CAROLINAS PHYSICIANS NETWORK, INC., and MANAGED HEALTH RESOURCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPTUMHEALTH CARE SOLUTIONS, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal" (Document No. 17) filed June 20, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiffs' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal" (Document No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Memorandum In Support Of Defendant's Partial Motion To Dismiss" (Document No. 19) shall be **SEALED** and remain under seal until further order of this Court.

Signed: June 22, 2016

David C. Keesler
United States Magistrate Judge