IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-193-FDW-DCK

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )  **ORDER** |
| OPTUMHEALTH CARE SOLUTIONS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) filed by Christopher M. Kelly, concerning Jeffrey Orenstein on July 20, 2016. Mr. Orenstein seeks to appear as counsel *pro hac vice* for Defendant OptumHealth Care Solutions, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) is **GRANTED.** Mr. Jeffrey Orenstein is hereby admitted *pro hac vice* to represent Defendant OptumHealth Care Solutions, Inc.

**SO ORDERED**.

Signed: July 20, 2016

David C. Keesler
United States Magistrate Judge