**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-193-FDW-DCK**

| | | |
|---|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM; CAROLINAS PHYSICIANS NETWORK, INC.; MANAGED HEALTH RESOURCES, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| OPTUMHEALTH CARE SOLUTIONS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Confidentiality Order" (Document No. 45) filed October 4, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Confidentiality Order" (Document No. 45) is **GRANTED**.

Signed: October 4, 2016

David C. Keesler
United States Magistrate Judge