IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-193-FDW-DCK

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM; CAROLINAS PHYSICIANS NETWORK, INC.; MANAGED HEALTH RESOURCES, INC., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) ) |
| OPTUMHEALTH CARE SOLUTIONS, INC., | ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Joint Stipulated Qualified Protective Order Under HIPAA" (Document No. 46) filed October 4, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Joint Stipulated Qualified Protective Order Under HIPAA" (Document No. 46) is **GRANTED**.

Signed: October 4, 2016

David C. Keesler
United States Magistrate Judge