**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-193-FDW-DCK**

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG ) <br> HOSPITAL AUTHORITY d/b/a CAROLINAS ) <br> HEALTHCARE SYSTEM; CAROLINAS ) <br> PHYSICIANS NETWORK, INC.; MANAGED ) <br> HEALTH RESOURCES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> OPTUMHEALTH CARE SOLUTIONS, INC., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding a discovery dispute between the parties. This dispute has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition.

The undersigned held a telephone conference at the parties' request, and pursuant to the "Case Management Order" (Document No. 36, p.5), on March 1, 2017. At issue is whether Plaintiffs should be required to produce documents that relate to whether the parties' Transplant Services Agreement comports with industry standards. As discussed in the telephone conference, the undersigned finds good cause to require Plaintiffs to provide documents responsive to Defendant's request, and similar to those already produced by Defendant for Plaintiffs.

Plaintiffs shall promptly produce appropriate responsive documents, consistent with the undersigned's direction in the telephone conference, and including those documents and/or contracts Plaintiff's Rule 30(b)(6) witness relied upon in preparation for his recent deposition.

Moreover, Plaintiffs' document production should be provided in accordance with the "Joint Stipulated Confidentiality Order," and may be redacted appropriately.

**IT IS, THEREFORE, ORDERED** that Plaintiffs shall provide responsive documents to Defendant's discovery request, as discussed in the March 1, 2017 telephone conference and as directed herein, on or before **March 16, 2017**.

**SO ORDERED**.

Signed: March 1, 2017

David C. Keesler
United States Magistrate Judge