# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-193-FDW-DCK

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM; CAROLINAS PHYSICIANS NETWORK, INC.; MANAGED HEALTH RESOURCES, INC., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| OPTUMHEALTH CARE SOLUTIONS, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Addendum To Confidentiality Order And Stipulation Regarding Production" (Document No. 65) filed March 16, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Addendum To Confidentiality Order And Stipulation Regarding Production" (Document No. 65) is **GRANTED**.

Signed: March 20, 2017

David C. Keesler
United States Magistrate Judge