UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00193-FDW-DCK

| | |
|---|---|
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM; CAROLINAS PHYSICIANS NETWORK, INC.; MANAGED HEALTH RESOURCES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OPTUMHEALTH CARE SOLUTIONS, INC., <br><br> Defendant. | ORDER and NOTICE OF HEARING |

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment. (Doc. No. 59). The Court held a hearing on this motion on April 6, 2017. For the reasons stated in the Court's oral ruling in open Court, Plaintiff's Motion for Summary Judgment is DENIED.

In addition, the parties should TAKE NOTICE that a bench trial in this case is set to begin on **Monday, June 19, 2017**, at **9:00 a.m.** in **Courtroom #1-1** of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. The parties should reference the Court's standing orders and the Case Management Order for this case (Doc. No. 36) to ensure compliance with the submission of a joint proposed pretrial order.

IT IS SO ORDERED.

Signed: April 6, 2017

_(signature)_
Frank D. Whitney
Chief United States District Judge