# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Carolinas Physicians Network, Inc. The Charlotte-Mecklenburg Hospital Authority Managed Health Resources, Inc.**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00193-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| OptumHealth Care Solutions, Inc.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2017 Order.

August 29, 2017

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court